# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| AMINATA SAMURA, <br><br> Petitioner, <br><br> v. <br><br> TODD BLANCHE et al., <br><br> Respondents. | Case No. 2:26-cv-07482-DFM <br><br><br> ORDER GRANTING IN PART UNOPPOSED HABEAS PETITION (Dkt. 1) |

On July 9, 2026, Petitioner Aminata Samura filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. See Dkt. 1 ("Petition"). Petitioner was detained by Immigration and Customs Enforcement on July 9, 2026 and is in the physical custody of Respondents at the Federal Building at Downtown Los Angeles, California. Petitioner asserts that her detention violates federal regulations, the Due Process Clause, the Immigration and Nationality Act, and the Administrative Procedures Act. Petitioner seeks immediate release, various injunctive relief, and fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

On July 17, 2026, Respondents filed an Answer, stating: "Respondents are not presenting an opposition argument to the Petition at this time." See Dkt. 7.

As Respondents do not advance any argument in opposition, the Court **GRANTS** the Petition in part. The Court finds that Petitioner's detention violated her due process rights and that immediate release is warranted.

The Court declines to award Petitioner's additional requested injunctive relief prohibiting Respondents from re-detaining her or removing her to Ghana. The Court takes no position on whether, or under what circumstances, Respondents may lawfully seek to re-detain or remove Petitioner in the future. That question is not squarely presented on this record and would depend on facts and circumstances not currently before the Court, including any changed circumstances, the procedures Respondents employ, and the statutory authority invoked. This Order addresses only the lawfulness of Petitioner's current detention, which began on July 9, 2026, and which the Court concludes violates the Fifth Amendment. Nothing in this Order should be read to express any view on the lawfulness of any future detention or removal decision.

The Court will consider an application requesting reasonable fees and costs under the EAJA that is filed within thirty (30) days of the judgment.

Accordingly, the Court **ORDERS** Respondents to:

1. Release Petitioner Aminata Samura (A# 094-187-972) from custody within three (3) days of the date of this Order, on the same conditions under which she was previously released.

2. File a Notice of Release within five (5) days confirming that Petitioner has been released.

Date: July 27, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge

2