JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| AMINATA SAMURA,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al.,<br><br>Respondents. | Case No. 2:26-CV-07482-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting in Part Petition for Writ of Habeas Corpus filed on July 27, 2026.

Date: July 30, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge